Certificate Number: 00134-WAW-CC-037032916



00134-WAW-CC-037032916

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 9, 2022</u>, at <u>3:03</u> o'clock <u>PM PST</u>, <u>Norimichy Lisarefach, Jr.</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Washington</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date: <u>December 9, 2022</u>  By: <u>/s/Ann Nkatha</u>

Name: <u>Ann Nkatha</u>

Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).