

Local Form 7
Eff 11/2022

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

CASE NAME  _____

**CHANGE OF ADDRESS**

CASE NUMBER  _____

**This change of address is being made by:**

☐ Debtor   ☐ Joint Debtor   ☐ Creditor   ☐ Other

Attorneys with an ECF account must update their address in PACER.

**Proof of Claim # (if applicable):** _____

☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by US mail to your mailing address. You will continue to receive court orders and notices via email.

| **Old Mailing/Noticing Address:** | **New Mailing/Noticing Address:** |
|---|---|
| Name _____ | Name _____ |
| Address _____ | Address _____ |
| City, State, Zip Code _____ | City, State, Zip Code _____ |
| **Old Payment Address (claimant/creditor only):** | **New Payment Address (claimant/creditor only):** |
| Name _____ | Name _____ |
| Address _____ | Address _____ |
| City, State, Zip Code _____ | City, State, Zip Code _____ |

Date:

Signature of Party(s) Requesting Change:

_____

_____

_____

**See LBR 9011-1 for requirements relating to change of address, telephone number or email address.**